JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE MCEACHIN,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMIUM ASSET SERVICES, LLC,<br><br>    Defendant. | Case No.  CV 15-1552-GW(MANx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Notice of Dismissal, filed on January 19, 2016 [16], it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: January 22, 2016         BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE